# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

**BRIAN W. COOK,**

    **Plaintiff,**

**v.**                                                          Case No. 3:16cv568-TKW-EMT

**JULIE JONES, et al.,**

    **Defendants.**

_____/

## ORDER

This case is before the Court based upon the magistrate judge's Report and Recommendation (Doc.83). No objections were filed within the time allowed by Fed. R. Civ. P. 72(b)(2). Having reviewed the Report and Recommendation, I agree with the magistrate judge's determination that Defendants' motion for summary judgment is due to be granted because Plaintiff failed to establish that the denial of the specific yoga mat described in the complaint amounts to a "substantial burden" on Plaintiff's practice of his Buddhist religion. Accordingly, it is

    **ORDERED** that:

    1.    The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

    2.    Defendants' motion for summary judgment (Doc. 61) is **GRANTED**.

3. Plaintiff's motions for preliminary injunction (Doc. 68) and motion to compel (Doc. 78) are **DENIED**.

4. The Clerk shall enter judgment in favor of Defendants and close the file.

**DONE and ORDERED** this 16th day of December, 2019.

*T. Kent Wetherell, II*
**T. KENT WETHERELL, II
UNITED STATES DISTRICT JUDGE**